UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANGELA JONES,                                                                  Civil No. 10-152-HA

    Plaintiff,                                                                        ORDER

    v.

COMMISSIONER of Social Security,

    Defendant.

HAGGERTY, District Judge:

    Plaintiff was the prevailing party in this action and her counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Based on the stipulation by the parties, the court awards attorney fees in the amount of $6,657.03.  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    IT IS SO ORDERED.

    DATED this 28th day of June, 2011.

    /s/ Ancer L. Haggerty
    Ancer L. Haggerty
    United States District Judge

1 -- ORDER